IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RANDOLPH VERAS,** | : 3:17-cv-1328 |
| | : |
| | : (Judge Munley) |
| **Plaintiff** | : |
| | : |
| v | : |
| | : |
| **BRIAN MCCORMICK,** | : |
| **TRIPLE J. TRUCKING, INC.** | : |
| **Defendants** | : |

## ORDER OF DISMISSAL

Upon notice to the Court that the parties have settled, it is hereby ordered that this case is dismissed without costs. The parties will have thirty days in which to consummate the settlement.

BY THE COURT:

s/James M. Munley
JUDGE JAMES M. MUNLEY
United States District Court

Dated: 9/29/17